### 1268 SCHMITT ET AL. vs. COMMON COUNCIL (Clinton), No. 15664; 3 D. L. N., 590; 69 N. W., 153. (Certiorari to Lenawee.)

To compel respondent to accept a liquor dealer's bond, executed by relators as principals, and the Fidelity Deposit Company, as sole security.

Reversed and writ denied December 9, 1896, with costs of both courts.